IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GULFSTREAM AEROSPACE CORPORATION, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GULFSTREAM AIR CHARTER, INC., ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 4:17-cv-26-WTM/GRS <br><br> **JURY TRIAL DEMANDED** |

## SUMMONS

TO THE BELOW NAMED DEFENDANT:

Gulfstream Air Charter, Inc.
545 NW 42nd Avenue
Miami, Florida 33126

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney whose name and address is:

Shawn A. Kachmar
Hunter, Maclean, Exley & Dunn
P.O. Box 9848
Savannah, Georgia 31412-0048

an answer to the Complaint which is herewith served upon you, within 21 days after service of the summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 15th day of February, 2017.

Clerk of Southern District Court
GEORGIA, Savannah Division