IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GULFSTREAM AEROSPACE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-CV-26-WTM/GRS |
| ) | |
| GULFSTREAM AIR CHARTER, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## ORDER ON UNOPPOSED MOTION FOR JURISDICTIONAL DISCOVERY AND TO EXTEND DEADLINES RELATING TO DEFENDANT'S MOTION TO DISMISS

The foregoing Unopposed Motion for Jurisdictional Discovery and to Extend Deadlines Relating to Defendant's Motion to Dismiss having been presented and considered, it is hereby ordered and adjudged that the Motion is GRANTED. Plaintiff shall be permitted to engage in limited jurisdictional discovery as follows:

### 1. Scope of Limited Jurisdictional Discovery

The discovery shall be limited to the issue of personal jurisdiction, including the number and nature of Defendant's sales and other business transactions to and with persons within the State of Georgia; the revenue derived by Defendant from such sales and other transactions; agreements between Defendant and persons located in the State of Georgia; purchases made by Defendant within the State of Georgia in furtherance of its business; Defendant's advertising and promotional activities directed at the State of Georgia; communications between Defendant and persons located within the State of Georgia; the accuracy of the allegations in the "Declaration of Ernesto Gonzalez In Support

Of Gulfstream Air Charter's Motion To Dismiss Plaintiff's Complaint" filed by Defendant in this action on March 22, 2017 (Dkt. 21-1); and related areas.

2. **Timing of Limited Jurisdictional Discovery**

   a) Plaintiff shall serve written discovery requests on Defendant within seven days from the date of this Order.

   b) Defendant shall serve its responses and objections to such requests within 30 days.

   c) Defendant shall produce any documents and things responsive to such requests within a reasonable period of time thereafter, but not to exceed 45 days from service of the requests.

   d) Plaintiff may complete a deposition of Defendant pursuant to Fed. R. Civ. P. 30(b)(6) limited to issues of personal jurisdiction as identified above at any time within 90 days from the date of this Order.

   e) Plaintiff shall notify the Court in writing upon completion of the limited jurisdictional discovery outlined above, which shall be no later than 90 days from the date of this Order.

   f) The parties shall serve all such discovery requests, and responses and objections thereto, via email on counsel of record. The response deadlines set forth above shall be counted from the date that the service email is sent by the serving party.

3. **Extension of Deadlines Relating to Defendant's Motion to Dismiss**

Within 16 days of its completion of the Fed. R. Civ. P. 30(b)(6) deposition provided for above, Plaintiff shall file its response to Defendant's motion to dismiss. Defendant may file a reply to Plaintiff's response within 14 days thereafter.

This _6th_ day of April, 2017.

_____
G. R. Smith
Magistrate Judge, United States District Court for the Southern District of Georgia, Savannah Division

Order Prepared By:
Rachel Young Fields
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
Georgia State Bar Number 747407
Post Office Box 9848
Savannah, Georgia  31412
Telephone:   (912) 236-0261
Facsimile:    (912) 236-4936
*Attorneys for Plaintiff Gulfstream Aerospace Corporation*